IH-32                                                                 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

THE PENN MUTUAL LIFE INSURANCE COMPANY

15 CV 1111

| Plaintiff | Case Number |
|---|---|
| vs. | |
| KATHY KEHOE, as Trustee of the SICKNESS, ACCIDENT & DISABILITY INDEMNITY TRUST 2005; KATHY KEHOE, as Trustee of the GRIST MILL TRUST DATED 10-1-03; and UNIVERSITAS EDUCATION LLC | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

UNIVERSITAS EDUCATION LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 11-1590; 11-8726 |
| NOVA GROUP, INC., et al. | |
| Defendant | |

IH-32  Rev: 2014-1

Status of Earlier Filed Case:

- [✓] Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)
- [ ] Open — (If so, set forth procedural status and summarize any court rulings.)

Judgment Entered

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The issues giving rise to the newly filed case were raised post-judgment in the earlier filed case but have not yet been resolved.

Signature: _[signature]_  Date: 2/17/15

Firm: Drinker Biddle & Reath LLP