# EXHIBIT E

**DEMOVSKY LAWYER SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE PENN MUTUAL LIFE INSURANCE COMPANY,

        Plaintiff,                                                         Civil Action No. 15-1111-AJN

        -against-                                                           AFFIDAVIT OF SERVICE

KATHY KEHOE, et al.,

        Defendants.
-----------------------------------------------------------------X
STATE OF RHODE ISLAND  )
        S.S.:
COUNTY OF PROVIDENCE  )

        PAUL HUGHES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 3rd day of February, 2016, at approximately 4:00 pm, deponent served a true copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION upon DANIEL E. CARPENTER, an Inmate at the Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863, by personally delivering and leaving the same with JEAN SINGLETON, who informed deponent that she is a Supervisor at the Donald W. Wyatt Detention Facility and is authorized to receive service at that address on behalf of inmates (serving in accordance with the procedure of the facility). At that time, a witness fee of $45.00 was offered, but deponent was informed that the facility does not accept witness fee checks and that the amount can be deposited into the inmate's commissary account on the day of the deposition.

        JEAN SINGLETON is a white female, approximately 50 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with blonde hair, and wears glasses.

_/s/ Paul Hughes_
PAUL HUGHES

Sworn to before me this
5 day of February, 2016

_/s/_
NOTARY PUBLIC

STEPHANIE PAOLINO
NOTARY PUBLIC ID 50253
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APRIL 23, 2019

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE PENN MUTUAL LIFE INSURANCE COMPANY,

        Plaintiff,

    -against-

KATHY KEHOE, et al.,

        Defendants.
-----------------------------------------------------------------X

Civil Action No. 15-1111-AJN

AFFIDAVIT OF MAILING

STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK  )

        **SHIRLEY CHEN**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 3rd day of February, 2016, deponent served a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** upon **DANIEL E. CARPENTER** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Daniel E. Carpenter
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

SHIRLEY CHEN

Sworn to before me this
3rd day of February, 2016

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com